IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:20-cv-00030-M

| | | |
|---|---|---|
| CHARLES R. GIBBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANDREW SAUL, COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's motion seeking an order remanding this case for additional administrative proceedings pursuant to 42 U.S.C. § 405(g), which Defendant filed on November 13, 2020. [DE-21] Within his motion, Defendant notes that Plaintiff consents to remanding the case. [DE-21]

Because the parties agree that additional administrative proceedings are appropriate, and for good cause shown, Defendant's motion is GRANTED. All other motions pending to the docket are DISMISSED AS MOOT and the case is hereby remanded for additional administrative proceedings.

SO ORDERED this the 12th day of January, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

1